FILED
09 MAY -8 AM 9:20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Victor NAVA (Defendant 1) <br> & <br> Mary ZAZUETA (Defendant 2), | Magistrate Case No.: <br> COMPLAINT FOR VIOLATION OF <br> 21 U.S.C. § 952 and 960 <br> Importation of a Controlled Substance (Felony) <br><br> '09 MJ 1450 |

The undersigned complainant being duly sworn states:

That on or about May 7, 2009, within the Southern District of California, Victor NAVA (Defendant 1) and Mary ZAZUETA (Defendant 2) did knowingly and intentionally import approximately 26.46 kilograms (58.21 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_J. Gerard_
Special Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 8th DAY OF May 2009.

_____
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent J. Gerard, declare under penalty of perjury, the following is true and correct:

On May 7, 2009, at approximately 1930 hours, United Stated citizens Victor NAVA (driver) and Mary ZAZUETA (passenger) attempted to enter the United States at the San Ysidro Port of Entry, San Diego, California through Sentri vehicle lane #4. NAVA stated to the primary CBP Officer he had dropped off his relatives at the Tijuana airport and got lost coming back to the United States. The primary CBP Officer inspected the birth certificates of NAVA and ZAZUETA and instructed them they were not supposed to be using the Sentri lane. The primary CBP Officer directed NAVA and ZAZUETA to proceed to the line for the Z-portal x-ray machine in the secondary inspection lot. NAVA and ZAZUETA proceeded to the Z-portal x-ray machine line and waited for inspection.

A secondary CBP Officer approached the vehicle and noticed the driver side tire was unusually clean and tapped the tire; the tire tapped solid. The secondary CBP Officer let a small amount of air out of the tire and smelled a soapy odor. At this time, NAVA placed the vehicle in gear and attempted to flee north by exiting through the northbound west egress lanes. A secondary CBP Officer was able to place his "stop stick" underneath the vehicle and rupture the rear driver side tire.

At which time, the port runner system was deployed. As the vehicle headed northbound, vehicles ahead were stopped due to the port runner alert. NAVA stopped the vehicle. NAVA and ZAZUETA proceeded to exit the vehicle out the passenger side door. ZAZUETA jumped over the K-rail and was subdue by CBP Officer chasing after the vehicle. NAVA continued to run north and was subdue by other CBP Officers who were in foot pursuit. NAVA and ZAZUETA were handcuffed, escorted to the security

office, and patted down with negative results. During the altercation with NAVA, a CBP Officer received minor injuries to both of his knees.

The vehicle was screened by a CBP Canine Enforcement Officer, which resulted in a positive alert to the tires. The vehicle was also screened by the Z-portal s-ray machine which revealed anomalies in the rear tires.

During secondary inspection, a CBP Officer discovered a total of fourteen (14) packages in the rear tires of the vehicle, seven in each. One of the packages was probed which produced a green leafy substance field-tested, which field tested positive for marijuana. The 14 packages had a combined net weight of approximately 26.46 kilograms (58.21 pounds).

During a post-arrest statement, NAVA and ZAZUETA waived their Miranda rights. NAVA and ZAZUETA admitted knowledge of the narcotics in the vehicle. NAVA and ZAZUETA were processed and are pending transport to the Metropolitan Correctional Center pending their initial appearance before a U.S. Magistrate Judge in San Diego, California.

Julia Gerard, Special Agent
U.S. Immigration & Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of two page, I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on May 7, 2009, in violation of Title 21, United States Code, Section(s) 952 & 960.

United States Magistrate Judge

5/8/09
Date/Time