UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VICTOR NAVA (1),<br>MARY ZAZUETA (2),<br><br>    Defendants. | Criminal Case No. 09 CR 2155 BEN<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about May 8, 2009, within the Southern District of California, defendants VICTOR NAVA and MARY ZAZUETA, did knowingly and intentionally import approximately 26.46 kilograms (58.21 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 6/8/09.

KAREN P. HEWITT
United States Attorney

DANIEL E. ZIPP
Assistant U.S. Attorney

DEZ:lg:San Diego
5/22/09

FILED JUN 9 2009